IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN JEFFREY LALE,

    Petitioner,

v.

MICHAEL DITTMANN, Warden,
Kettle Moraine Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-124-bbc

    This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondent DENYING petitioner Glenn Jeffrey Lale's petition for writ of habeas corpus.

_____     9/22/09
Peter Oppeneer, Clerk of Court           Date